433 A.2d 130

Commonwealth v. Zvolensky, Appellant.

Submitted December 6, 1979. James E. O'Brien, Jr., Assistant Public Defender, for appellant; Ernest D. Preate, District Attorney, for Commonwealth, appellee.

526

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.